RAMÍREZ *v.* SURILLO ET AL.

APPEAL from the District Court of Humacao.

No. 81.—Decided March 28, 1906.

APPEAL—EVIDENCE—BILL OF EXCEPTIONS—STATEMENT OF FACTS.—So that the Supreme Court may consider the evidence, whether oral or documentary, introduced at the trial, it must be presented on appeal in the form of a bill of exceptions, statement of facts, or statement of the case.

The facts are stated in the opinion.

*Mr. José de Guzmán Benítez* for appellant.

*Mr. Benítez Castaño* for respondent.

MR. JUSTICE MacLEARY delivered the opinion of the court.

On the 1st of December, 1904, Octavio Ramírez brought suit on behalf of his wife, Josefa Carrasquillo, against the defendants, Dolores Surillo and Carraccielo Carrasquillo, for $560 for rent of land occupied by the defendants, and for taxes due thereon. On the 23d of June, 1905, the District Court of Humacao rendered a judgment for defendants on the ground that the plaintiff Ramírez had failed to produce any evidence whatever on the trial of the case to sustain the allegations made in his complaint to the effect that there was a contract of lease by which defendants became indebted to plaintiff, or to his wife, in the amount claimed, or any other amount.

From this judgment the plaintiff, Ramírez, appealed to this court. On the 30th of August, 1905, the Attorney José de Guzmán Benítez, Esq., filed a brief for the appellant, Ramírez, in this court, and on the 24th of January, 1906, the case was heard on oral argument by the said Mr. Guzmán Benítez for the appellant, and by Eugenio Benítez Castaño, Esq., for respondent.

All the evidence introduced on the trial of this case is entirely documentary, there being no oral testimony presented or referred to in the record. But there is neither bill of exceptions, statement of facts nor statement of the case contained in the record presented here, and in the opinion of

this court it makes no difference whether the evidence produced before the trial court is documentary or oral, it is just as necessary to embody it in a bill of exceptions, statement of facts or a statement of the case, in one class of testimony as the other. Such being the case, we cannot reverse the judgment rendered by the court below, because there is no way of determining that it was incorrect. Nevertheless, from a careful examination of these documents used as evidence on the trial, which has been made by the judge *ponente* herein, we fail to find any evidence whatever of a contract of lease, or any reference to such a contract, except that contained in a promissory note which cannot be considered as proving the contract set out by the plaintiff in his complaint. This suit is not brought upon the said promissory note, but upon an entirely independent contract which is not proven. Then even had the statement of facts or the bill of exceptions been properly prepared and presented here it could not have altered the result of this appeal.

. Inasmuch as there is no evidence to warrant a judgment in favor of the plaintiff and appellant, the judgment of the District Court of Humacao should be affirmed, and all costs of this appeal taxed against the appellant.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández, Figueras and Wolf concurred.